```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/19/09
```

Martin F. Casey, Esq. (MFC-1415)
Christopher M. Schierloh, Esq. (CS-6644)
**CASEY & BARNETT, LLC**
65 West 36th Street, 9th Floor
New York, New York 10017
(212) 286-0225
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
GREG TURNER,                                        09 Civ. 4434 (PGG)

        Plaintiff,

  - against -                                      **STIPULATION AND ORDER OF
                                                    DISCONTINUANCE**

BURLINGTON NORTHERN SANTA FE
RAILWAY CORP.; and ORIENT OVERSEAS
CONTAINER LINE, LTD.,

        Defendants.
-------------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, attorneys for the parties herein, that all claims, cross-claims and/or potential claims that have been, and/or could have been, brought in the above-captioned matter be and hereby are discontinued without prejudice and without costs to any party.

Dated: New York, New York
      October 14, 2009

CASEY & BARNETT, LLC                         TISDALE LAW OFFICES
Attorneys for Plaintiff, Greg Turner         Attorneys for Defendant, Orient Overseas
                                             Container Line, Ltd.

By: _____                  By: _____
Christopher M. Schierloh, Esq. (CS-6644)     Thomas L. Tisdale, Esq. TT5263
65 West 36th Street, 9th Floor               10 Spruce Street
New York, New York 10018                     Southport, Connecticut 06890

LAW OFFICES OF ILENE J. FELDMAN
Attorneys for Defendant,
BNSF Railway Company

By: _____/s/ Ilene Feldman/_____
   Ilene J. Feldman, Esq. (IF1045)
325 Reef Road, Suite 105
P.O. Box 1639
Fairfield, CT 06825

SO.ORDERED:

_____/s/ Paul A. Gardephe_____    Oct. 16, 2009
        U.S.D.J.